COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Jefferson County, Texas v. Ellarene Farris, Individually and as
                           Personal Representative of the Heirs and Estate of James Farris

Appellate case number:     01-17-00493-CV

Trial court case number:   2005-09580

Trial court:               11th District Court of Harris County

Appellee has filed Appellee's Motion to Extend Time to file Motion for En Banc Reconsideration.

Appellee's motion is granted in part. Appellee's Motion for En Banc Reconsideration is due within fifteen days of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                   ☑ Acting individually    ☐ Acting for the Court

Date: September 27, 2018